

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-322-CV

IN RE GERALD ANTHONY WRIGHT                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered relator's August 11, 2008 letter, which the court construes as relator's motion to dismiss the petition for writ of mandamus. It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

PER CURIAM

PANEL: WALKER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: August 21, 2008

---

[1]  *See* TEX. R. APP. P. 47.4.